# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 7, 2011

No. 10-20461

Lyle W. Cayce
Clerk

KENYON INTERNATIONAL EMERGENCY SERVICES, INC.,

Plaintiff-Appellant

v.

MARK MALCOLM; GRADY BRAY; RONALD CRANE, JR; DISASTER
MANAGEMENT INTERNATIONAL CORPORATION; BRAY ASSOCIATES;
CRISIS HUMAN SERVICES, INC; MARJORIE BRAY; LEAH HAWLEY;
KATHY ROCK; JAMES FAIRBROTHER; SHARON FAIRBROTHER,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-3550

Before GARWOOD, GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.